```
J.M. IRIGOYEN #177626
J.M. IRIGOYEN LAW CORPORATION
2131 Amador
Fresno, CA 93721

(559) 233-3333

Attorney for Defendant
JOSE LOPEZ-HERNANDEZ
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 06 cr 260 AWI |
| ) Plaintiff, ) | |
| ) vs. ) | STIPULATION TO CONTINUE |
| ) | STATUS CONFERENCE |
| JOSE LOPEZ-HERNANDEZ, ) | |
| ) | ORDER |
| Defendant. ) | |
| _____) | |

It is stipulated and agreed between the parties that the status conference in the above matter currently set for December 4, 2006, be continued to January 14, 2007 at 9:00 a.m.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set further herein for effective defense preparation and the resolution of pre-trial motions that are pending pursuant to 18 U.S.C. §§ 3161(h)(l)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I) to and through January 14, 2007.

1 I hereby agree to the above stipulation.
2 Dated: November 30, 2006
3                                              s/J.M. Irigoyen
4                                         _____
                                              by:J.M. Irigoyen
5                                             Attorney for Defendant
6
7 I hereby consent to the above stipulation.
  DATED: November 30, 2006
8                                              s/Steven Crass
9                                         _____
                                              by: Steven Crass
10                                            Assistant U.S. Attorney
11
12                   ORDER CONTINUING HEARING DATE
13
        IT IS SO ORDERED.  Time is excluded in the interests
14
   of justice pursuant to 18 U.S.C. §§ §§ 3161(h)(l)(F),
15
   3161(h)(8)(A) and 3161(h)(8)(B)(I).
16
   IT IS SO ORDERED.
17
   **Dated:   December 1, 2006**              **/s/ Anthony W. Ishii**
18  9h0d30                                    UNITED STATES DISTRICT JUDGE
19
20
21
22
23
24
25
26
27
28