```
McGREGOR W. SCOTT
United States Attorney
STEVEN M. CRASS
Assistant U.S. Attorney
2500 Tulare Street
Room 4401
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Case No. 1:06-cr-00260 AWI |
| ) | |
| Plaintiff,   ) | STIPULATION TO CHANGE DATE FOR |
| ) | STATUS CONFERENCE AND ORDER |
| v.   ) | |
| ) | DATE: February 12, 2007 |
| JOSE LOPEZ-HERNANDEZ,   ) | TIME: 9:00 a.m. |
|    aka Jose Alfredo Lopez   ) | PLACE: Courtroom 2 |
| ) | Honorable Anthony W. Ishii |
| Defendants.   ) | |

IT IS HEREBY STIPULATED by and between the parties hereto and through their attorneys of record that the status hearing presently scheduled before the Honorable Anthony W. Ishii currently on calendar for March 5, 2007 at 9:00 a.m. be moved to February 12, 2007, at 9:00 a.m.

///
///
///
///
///
///
///
///
///

1

1  All parties herein, through their respective counsel have
2 been contacted regarding the requested change of date for the
3 status conference and concur with this request.
4  IT IS SO STIPULATED.

5 Dated: February 9, 2007            McGREGOR W. SCOTT
                                     United States Attorney
6
                                     By: /s/ Steven M. Crass
7                                        STEVEN M. CRASS
                                         Assistant U.S. Attorney
8

9 Dated: February 9, 2007            By: /s/ J. M. Irigoyen(by consent)
                                         J.M. Irigoyen
10                                       Attorney for the Defendant

**ORDER**

Upon the stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED that the Status Conference currently on calendar for March 5, 2007 at 9:00 a.m. is moved to February 12, 2007 at 9:00 a.m. to be heard before the Honorable Anthony W. Ishii, Courtroom 2.

IT IS SO ORDERED.

**Dated:    February 9, 2007**             /s/ Anthony W. Ishii
0m8i78                                     UNITED STATES DISTRICT JUDGE